AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

DONNY NEW, Plaintiff,

V.

JAMES MARINE, INC., Defendant.

CASE NUMBER: 08CV2971

ASSIGNED JUDGE: **JUDGE SHADUR**

DESIGNATED
MAGISTRATE JUDGE: **MAGISTRATE JUDGE SCHENKIER**

TO: (Name and address of Defendant)

JAMES MARINE, INC.
c/o C. RONALD JAMES, Registered Agent
4500 Clarks River Road
Paducah, KY 42003

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LISA KANE & ASSOCIATES, P.C.
120 South LaSalle Street, Suite 1420
Chicago, Illinois 60603
(312) 606-0383

an answer to the complaint which is herewith served upon you, _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

*Anya Ellis* (signature)

(By) DEPUTY CLERK

May 22, 2008

Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 5-30-08 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Brent Haire | Private Investigator |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: James Manne, Clarks River Rd.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | 50 ⁵ | 50 ⁵ |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/30/08
              Date         Signature of Server

P.O. Box 1993, Paducah, KY 42002
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Donny New,
    Plaintiff,             )
                         )
                         )   Case No. 08 CV 2971
vs.                       )
                         )
James Marine, Inc.,
    Defendant.           )

AFFIDAVIT

I, _Brent Haire_, hereby sworn on oath state that I am over the age of 18 years and not a party in the above captioned matter and that on _5-30_, 2008 at _11:30_ _A_. M. I personally served this **Summons and Complaint** upon **James Marine, Inc., c/o C. Ronald James, Registered Agent** at 4500 Clarks River Road, Paducah, KY 42003 by serving:

**Name: C. Ronald James**

**Title: Registered Agent**

**Description:** Sex: _M_, Race: _W_ Age: _50_

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this affidavit of service are true and correct

Further the Affiant Sayeth Naught.

_Brent Haire_
Process Server