UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **DONNY NEW** | ) | |
| | ) | |
|     **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case No. 08 CV 2971 |
| | ) | |
| **JAMES MARINE, INC.** | ) | Judge Shadur |
| | ) | Magistrate Judge Schenkier |
|     **Defendant.** | ) | |

### DESIGNATION OF LOCAL COUNSEL FOR SERVICE

Comes now James Marine, Inc. and pursuant to Local Rules 83.15 designates the following local counsel for purposes of service:

    Richard Johnson
    Hughes, Socol, Piers, Resnick & Dym
    70 West Madison
    Three First National Plaza
    Suite 4000
    Chicago, IL  60602
    (312) 604-2618 *Telephone*

        GOLDSTEIN and PRICE, L.C.


        By: /s/ Neal W. Settergren
           Robert Nienhuis # 2053462
           Neal W. Settergren # 6276806
           One Memorial Drive, Suite 1000
           St. Louis, Missouri 63102-2449
           Telephone (314) 421-0710
           Facsimile (314) 421-2832
           **Counsel for defendant**
           **James Marine, Inc.**

**CERTIFICATE OF SERVICE**

       I hereby certify that on June 19, 2008, I electronically filed the attached document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

   Lisa Kane
   Darren Bodner
   Janice Wegner
   Michael Young
   Tyler Manic
   Lisa Kane & Associates, P.C.
   120 South LaSalle Street, Suite 1420
   Chicago, IL  60603
   (312) 606-0383

       And I hereby certify that on June 19, 2008, I mailed by United Stated Postal Service, the document to the following non-registered participants:

   None.

                                                    */s/ Neal W. Settergren*