UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DONNY NEW | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Case No. 08 CV 2971 |
| | ) |
| JAMES MARINE, INC. | ) Judge Shadur |
| | ) Magistrate Judge Schenkier |
|     Defendant. | ) |

### DEFENDANT'S MOTION TO DISMISS OR TRANSFER

COMES NOW defendant James Marine, Inc. and moves this Court for an Order dismissing this action because it is not subject to personal jurisdiction in this Court and venue is improper. In the alternative, James Marine requests that this action be transferred to the U.S. District Court for the Western District of Kentucky pursuant to 28 U.S.C. Section 1404(a) for the convenience of the parties and witnesses and in the interests of justice.

    1. Plaintiff has instituted this action against James Marine seeking money damages under 42 U.S.C. § 1981 for alleged racially discriminatory employment practices.

    2. James Marine is a Kentucky Corporation with its offices located exclusively within Kentucky. Affidavit of Jeff James, attached hereto as exhibit A. Defendant has no offices in Illinois and has never had offices in this District or in Illinois. *Id.* James Marine's main office is located at 4500 Clarks River Road in Paducah, Kentucky, at mile 5 of the Tennessee River. *Id.* James Marine has additional facilities along the Tennessee River in or near Paducah, Kentucky and Calvert City, Kentucky. *Id.* James Marine does not have an agent upon whom service could be made in Illinois. *Id.* James Marine has never maintained any bank accounts in Illinois. *Id.*

James Marine does not have a phone listing or mailing address in Illinois. *Id.* James Marine does not do business in Illinois. *Id.*

3. Plaintiff applied for work with James Marine in Paducah, Kentucky. *Id.* Plaintiff resided in Paducah, Kentucky throughout his employment with James Marine. *Id.* Plaintiff's Complaint alleges that he was employed at James Marine as a welder and was discriminated against during his employment on the basis on race. Plaintiff's work for James Marine occurred exclusively within Kentucky and, therefore, if he was discriminated against (which James Marine denies), it could only have occurred in Kentucky. *Id.* Plaintiff does not allege that he worked in Illinois at any time.

5. Plaintiff's action should be dismissed under rule 12(b)(2) for lack of jurisdiction, because this Court does not have personal jurisdiction over James Marine. *See RAR, Inc. v. Turner Diesel, Ltd.*, 107 F.3d 1272, 1276 (7th Cir. 1997).

6. Plaintiff's action should also be dismissed under rule 12(b)(3) because venue is not satisfied under 28 U.S.C. Section 1391(b) since James Marine does not reside within this district or state, and the events giving rise to the Complaint did not occur within this district or state.

7. In the alternative, James Marine submits that this case should be transferred to the Western District of Kentucky for the convenience of the parties and witnesses and in the interest of justice, pursuant to 28 U.S.C. § 1404(a).

8. In support of its Motion, James Marine submits its supporting memorandum of law filed contemporaneously.

WHEREFORE defendant James Marine, Inc. respectfully requests that the Court dismiss this action pursuant to Rule 12(b)(2) for lack of personal jurisdiction and/or Rule 12(b)(3) for

improper venue or, in the alternative, transfer this action to the Western District of Kentucky pursuant to 28 U.S.C. § 1404(a).

> GOLDSTEIN and PRICE, L.C.
>
> By: /s/ Neal W. Settergren
> Robert Nienhuis # 2053462
> Neal W. Settergren # 6276806
> One Memorial Drive, Suite 1000
> St. Louis, Missouri 63102-2449
> Telephone (314) 421-0710
> Facsimile (314) 421-2832
> **Counsel for defendant**
> **James Marine, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2008, I electronically filed the attached document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

  Lisa Kane
  Darren Bodner
  Janice Wegner
  Michael Young
  Tyler Manic
  Lisa Kane & Associates, P.C.
  120 South LaSalle Street, Suite 1420
  Chicago, IL  60603
  (312) 606-0383

And I hereby certify that on June 19, 2008, I mailed by United Stated Postal Service, the document to the following non-registered participants:

  None.

> /s/ Neal W. Settergren

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DONNY NEW | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 08 CV 2971 ) |
| JAMES MARINE, INC. | ) Judge Shadur ) Magistrate Judge Schenkier |
| Defendant. | ) |

**AFFIDAVIT OF JEFF JAMES IN SUPPORT OF DEFENDANT'S
MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION
AND IMPROPER VENUE, OR, IN THE ALTERNATIVE, TO TRANSFER**

COMES NOW Jeff James and, having been duly sworn upon his oath, deposes and states as follows:

1. I am the Executive Vice-President and Chief Operating Officer of defendant James Marine, Inc. ("James Marine"). In that capacity, I have knowledge of the facts set forth in this affidavit, based upon my own personal knowledge and/or my review of documents prepared in the ordinary course of James Marine's business or documents prepared during the investigation of events relevant to plaintiff's allegations or in anticipation of litigation.

2. James Marine is a corporation organized under the laws of Kentucky.

3. James Marine is a marine company that offers tugboat service, barge fleeting, barge and boat repairs, and other similar services in the area of Paducah, Kentucky on the Tennessee River.

4. James Marine's main office is located at 4500 Clarks River Road in Paducah, Kentucky, at mile 5 of the Tennessee River.

5. James Marine has additional facilities along the Tennessee River in or near Paducah, Kentucky and Calvert City, Kentucky.

1

DEFENDANT'S EXHIBIT A

6. James Marine does not do business in Illinois and is not qualified with the Illinois Secretary of State to do business in Illinois.

7. James Marine does not have an agent upon whom service could be made in Illinois.

8. James Marine does not have, nor has it ever had, any offices in Illinois.

9. James Marine has never maintained any bank accounts in Illinois.

10. James Marine does not have a phone listing or mailing address in Illinois.

11. Plaintiff Donny New applied for employment, and was hired by James Marine, in Paducah, Kentucky.

12. Plaintiff's application for employment with James Marine submitted on September 24, 2007, stated that he resided at 3011 Jefferson, Apartment D, in Paducah, Kentucky. Plaintiff had previously submitted an employment application to James Marine on April 30, 2007, which stated that he resided at 1114 Olive Street in Paducah, Kentucky. James Marine's records demonstrate that Plaintiff resided in Paducah, Kentucky throughout his employment with James Marine.

13. All of James Marine's records regarding Plaintiff's employment are located in Paducah, Kentucky.

14. Plaintiff worked for James Marine as a welder. The work plaintiff performed at James Marine was done exclusively within Kentucky. Plaintiff worked for James Marine at the following locations: (1) 4500 Clarks River Road in Paducah, Kentucky (located at mile 5 of the Tennessee River), and (2) the "James Built" facility located at 390 Riverside Lane, Calvert City, Kentucky (located at mile 9.7 of the Tennessee River). Plaintiff never performed work for James Marine in Illinois.

15. In his Complaint, Plaintiff has identified the following potential witnesses: Derrick Clark (plaintiff's supervisor at dry-dock), Homer Bukhead (plaintiff's supervisor at James Built), Chad Walker (James Marine's Human Resources Director), Pam DeWeese (James Marine's Human Resources Representative), Albert Cogghe (co-worker), Donyee Cavitt (co-worker), Jerome Knight (co-worker), and Josh Kimbler (co-worker). All of these individuals work and/or reside in the area of Paducah, Kentucky. None lives or works in Illinois. Testifying in Paducah, Kentucky would be substantially more convenient for these individuals than in Chicago, Illinois.

16. In addition to the individuals in plaintiff's Complaint, James Marine has identified the following additional witnesses who may testify in this matter: Christian Gunder, Roy Mannon, Josh Hyde, Todd Nolot, Jamie Hall, Roger Semen, Ben Basham, Kyle Clark, Jimmy Butler, Josh Dismore, Shawn Neal, Shawn Davis, Tommy Schnuck, David Pendergrass, Tim McCampbell, Darin Harp, David Crone, Eric Haney, and Ken Eggleston. All of these individuals work and/or reside in the area of Paducah, Kentucky. None of them lives or works in Illinois. Testifying in Paducah, Kentucky would be substantially more convenient for these individuals than in Chicago, Illinois.

17. Allowing plaintiff's case to proceed in Chicago would cause substantial expense and disruption to James Marine because of the number of employees involved, all of whom work in Paducah, Kentucky. Moreover, the time to travel the approximately 381 miles between Paducah, Kentucky and Chicago, Illinois would cause a substantial burden and expense on James Marine and its employees.

FURTHER Affiant sayeth not.

_____
JEFF JAMES

COMMONWEALTH OF KENTUCKY  )
                          )SS.
COUNTY OF McCRACKEN       )

Before me, the undersigned Notary Public, personally appeared Jeff James, who after being first sworn, on this 16th day of June 2008, states that he has read the foregoing Affidavit and the statements therein are true and correct to the best of his knowledge, information, and belief.

*Deanna Roberts*
Notary Public

My Commission Expires: 9-20-10

4