## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| **DONNY NEW** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 08 CV 2971 |
| | ) |
| **JAMES MARINE, INC.** | ) **Judge Shadur** |
| | ) **Magistrate Judge Schenkier** |
| **Defendant.** | ) |

### NOTIFICATION OF AFFILIATES – DISCLOSURE STATEMENT

Comes now James Marine, Inc. and states that it is a privately held corporation and has no affiliates within the meaning of that term under Local Rule 3.2.

　　　　　　　　　　　　　　　　　　　GOLDSTEIN and PRICE, L.C.


　　　　　　　　　　　　　　　　　　　By: /s/ Neal W. Settergren
　　　　　　　　　　　　　　　　　　　　　Robert Nienhuis # 2053462
　　　　　　　　　　　　　　　　　　　　　Neal W. Settergren # 6276806
　　　　　　　　　　　　　　　　　　　　　One Memorial Drive, Suite 1000
　　　　　　　　　　　　　　　　　　　　　St. Louis, Missouri 63102-2449
　　　　　　　　　　　　　　　　　　　　　Telephone (314) 421-0710
　　　　　　　　　　　　　　　　　　　　　Facsimile (314) 421-2832
　　　　　　　　　　　　　　　　　　　　　**Counsel for defendant**
　　　　　　　　　　　　　　　　　　　　　**James Marine, Inc.**

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 19, 2008, I electronically filed the attached document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Lisa Kane
    Darren Bodner
    Janice Wegner
    Michael Young
    Tyler Manic
    Lisa Kane & Associates, P.C.
    120 South LaSalle Street, Suite 1420
    Chicago, IL  60603
    (312) 606-0383

      And I hereby certify that on June 19, 2008, I mailed by United Stated Postal Service, the document to the following non-registered participants:

    None.

                                                               */s/ Neal W. Settergren*