## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| DONNY NEW | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Case No. 08 CV 2971 |
| | ) |
| JAMES MARINE, INC. | ) **Judge Shadur** |
| | ) **Magistrate Judge Schenkier** |
|     Defendant. | ) |

### NOTICE OF PRESENTMENT OF MOTION

TO:    Lisa Kane
        Darren Bodner
        Janice Wegner
        Michael Young
        Tyler Manic
        Lisa Kane & Associates, P.C.
        120 South LaSalle Street, Suite 1420
        Chicago, IL  60603
        (312) 606-0383

     PLEASE TAKE NOTICE, that on Thursday, June 26, 2008, at 9:15 a.m.; counsel for James Marine, Inc. shall appear before U.S. District Judge Shadur in the courtroom where he normally presides, or before anyone sitting in his stead, in the United States District court of the Northern District of Illinois, Eastern Division, Chicago, Illinois, and present its Motion to Dismiss or Transfer.

                                                           GOLDSTEIN and PRICE, L.C.

                                                          By: /s/ Neal W. Settergren
                                                             Robert Nienhuis # 2053462
                                                              Neal W. Settergren # 6276806
                                                              One Memorial Drive, Suite 1000
                                                              St. Louis, Missouri 63102-2449
                                                              Telephone (314) 421-0710
                                                              Facsimile (314) 421-2832
                                                              **Counsel for defendant**
                                                               **James Marine, Inc.**

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 19, 2008, I electronically filed the attached document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

  Lisa Kane
  Darren Bodner
  Janice Wegner
  Michael Young
  Tyler Manic
  Lisa Kane & Associates, P.C.
  120 South LaSalle Street, Suite 1420
  Chicago, IL  60603
  (312) 606-0383

      And I hereby certify that on June 19, 2008, I mailed by United Stated Postal Service, the document to the following non-registered participants:

  None.

                                                    */s/ Neal W. Settergren*