## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Milton I. Shadur | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2971 | **DATE** | 6/26/2008 |
| **CASE TITLE** | Donny New vs. James Marine, Inc. | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Defendant's motion to transfer (14-1) is granted. This action is ordered transferred forthwith to the Western District of Kentucky, Paducah.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | SN |
|---|---|---|