

**MICHAEL W.  DOBBINS**
CLERK

# UNITED STATES DISTRICT COURT
**NORTHERN DISTRICT OF ILLINOIS**
**219 SOUTH DEARBORN STREET**
**CHICAGO, ILLINOIS 60604**

July 2, 2008

Gene Snyder United States
Courthouse, Suite 106
601 West Broadway
Louisville, KY 40202-2227

RE: Donny New v. James Marine, Inc.
Case No: 08cv2971

Dear Clerk:

Pursuant to the order entered by Judge Honorable Milton I. Shadur, on June 26, 2008, the above record

■    was electronically  transmitted to the Western District of Kentucky.

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

By:    /s/ Maya Burke
Deputy Clerk

Enclosures

New Case No. _____    Date _____

cc:    Non-ECF Attorneys and Pro se Parties